UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARIO DE VERA,<br><br>        Plaintiff,<br>   v.<br>UNITED AIRLINES INC.,<br><br>        Defendant.<br>_____/ | No. C 12-05644 LB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR DISCOVERY IN 5/20/2013 JOINT LETTER BRIEF**<br><br>[ECF NO. 30] |

## INTRODUCTION

Mr. De Vera sued United Airlines because it allegedly changed his flight benefits after he retired. The parties have another dispute about the sufficiency of Mr. De Vera's responses to Defendant's interrogatories and requests for production of documents. *See* ECF No. 30.[1] The parties also are waiting for their early neutral evaluation (ENE) of the case. The court issues this order to resolve the discovery disputes and to reset the case management conference from May 30, 2013 to June 20, 2013 at 11:00 a.m. The parties are directed to file a short updated joint Case Management Conference statement by June 13, 2013 that provides only new information.

## ANALYSIS

### I. INTERROGATORY 11/REQUEST FOR PRODUCTION 1

As the court instructed Mr. Vera previously, he has to provide information relevant to any

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

party's claim or defense.  Fed. R. Civ. P. 26(b)(1); *see* Order, ECF No. 26.  That means he has to provide the names of witnesses who know anything discoverable, and he has to provide copies of documents.  For example, if he talks with a witness who has documentation of information that is relevant to a claim or defense, he needs to disclose who the witness is ("identity and location of persons who know of any discoverable matter") and he needs to provide the document too.  Fed. R. Civ. P. 26(b)(1).

Mr. Vera is ordered to comply within 7 days.

## II. REQUEST FOR PRODUCTION 5

Mr. Vera should supplement his response.  If he has more documents, he should produce them.  If he does not have more, he needs to say that.  From the parties' letter, he appears to have more, and he is directed to produce the information within 7 days.

Mr. Vera is advised that he has an ongoing duty to supplement his productions.  That means that if he gets more documents later that are responsive to a documents request, or if he learns of witnesses who have discoverable information relevant to a claim or defense, he must disclose the information.

## III. DEPOSITION

After document discovery is completed, the parties may revisit this issue with the court after meeting and conferring according to the court's discovery rules.

## IV. RESETTING OF CASE MANAGEMENT CONFERENCE TO JUNE 20, 2013

The parties are waiting for their early neutral evaluation.  A case management conference will be more productive after that.  Thus, the court resets the conference to June 20, 2013.

## CONCLUSION

The court orders Mr. Vera to comply with his discovery obligations as set forth in this order.  This disposes of ECF No. 30.  The court also vacates the status hearing set for May 30, 2013 and resets it for June 20, 2013 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: May 28, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 12-05644 LB
ORDER                                      2