UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7

8           UNITED STATES  DISTRICT COURT

9             Northern District of California

10              San Francisco Division

11  MARIO DE VERA,                              No. C 12-05644 LB

12              Plaintiff,          **ORDER GRANTING DEFENDANT'S**
     v.                            **MOTION FOR DISCOVERY IN**
13                                  **5/20/2013 JOINT LETTER BRIEF**
    UNITED AIRLINES INC.,

14
              Defendant.                       [ECF NO. 30]
15  _____/

16                        **INTRODUCTION**

17      Mr. De Vera sued United Airlines because it allegedly changed his flight benefits after he

18  retired.  The parties have another dispute about the sufficiency of Mr. De Vera's responses to

19  Defendant's interrogatories and requests for production of documents.  *See* ECF No. 30.[1]  The

20  parties also are waiting for their early neutral evaluation (ENE) of the case.  The court issues this

21  order to resolve the discovery disputes and to reset the case management conference from May 30,

22  2013 to June 20, 2013 at 11:00 a.m.  The parties are directed to file a short updated joint Case

23  Management Conference statement by June 13, 2013 that provides only new information.

24                         **ANALYSIS**

25  **I. INTERROGATORY 11/REQUEST FOR PRODUCTION 1**

26      As the court instructed Mr. Vera previously, he has to provide information relevant to any

27  _____

28      [1]  Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-
    generated page numbers at the top of the document.

C 12-05644 LB
ORDER

UNITED STATES DISTRICT COURT
For the Northern District of California

1  party's claim or defense.   Fed. R. Civ. P. 26(b)(1); *see* Order, ECF No. 26.  That means he has to

2  provide the names of witnesses who know anything discoverable, and he has to provide copies of

3  documents.  For example, if he talks with a witness who has documentation of information that is

4  relevant to a claim or defense, he needs to disclose who the witness is ("identity and location of

5  persons who know of any discoverable matter") and he needs to provide the document too.  Fed.  R.

6  Civ. P. 26(b)(1).

7      Mr. Vera is ordered to comply within 7 days.

8  **II.  REQUEST FOR PRODUCTION 5**

9      Mr.  Vera should supplement his response.  If he has more documents, he should produce them.

10  If he does not have more, he needs to say that.  From the parties' letter, he appears to have more, and

11  he is directed to produce the information within 7 days.

12      Mr. Vera is advised that he has an ongoing duty to supplement his productions.  That means that

13  if he gets more documents later that are responsive to a documents request, or if he learns of

14  witnesses who have discoverable information relevant to a claim or defense, he must disclose the

15  information.

16  **III.  DEPOSITION**

17      After document discovery is completed, the parties may revisit this issue with the court after

18  meeting and conferring according to the court's discovery rules.

19  **IV.  RESETTING OF CASE MANAGEMENT CONFERENCE TO JUNE 20, 2013**

20      The parties are waiting for their early neutral evaluation.  A case management conference will be

21  more productive after that.  Thus, the court resets the conference to June 20, 2013.

22                                 **CONCLUSION**

23      The court orders Mr. Vera to comply with his discovery obligations as set forth in this order.

24  This disposes of ECF No. 30.  The court also vacates the status hearing set for May 30, 2013 and

25  resets it for June 20, 2013 at 11:00 a.m.

26      **IT IS SO ORDERED.**

27  Dated: May 28, 2013

28                                 LAUREL BEELER
                                   United States Magistrate Judge

C 12-05644 LB
ORDER                                  2