# Exhibit E

FMLA Letter - Denial of FMLA

# UNITED

HAND DELIVERY

March 13, 2008

Mario Devera
SFOMM

**Subject: Denial of FMLA**

Dear Mario:

On 1/9/08, you notified us of your need to take Family and Medical Leave (FMLA) for a serious health condition that makes you unable to perform the essential functions of your job or to care for a family member. Your request for FMLA Leave is denied, as you do not meet the criteria specified in by the Federal Family and Medical Leave Act (FMLA).

Specifically, your request for FMLA Leave is denied because:

**You do not meet initial eligibility requirements:**

The eligibility criteria are: 1) the employee must have 12 months of service with the company; 2) there must be at least 50 employees at the employee's work site or within a 75 mile radius of the employee's work site; and 3) the employee must have worked at least 1250 hours during the 12 month period immediately preceding the beginning of the requested FMLA Leave. Our records show that you are not eligible for FMLA Leave at this time because:

☑ You have worked only [# Hrs Worked] actual hours during the 12 month period immediately preceding the requested start date of your FMLA Leave.

☑ You do not have 12 months of sevica with the company.

☑ There are less than 50 employees employes by United within a 75 mile radius of your work site.

**Certification form submitted for Family Medical Leave indicates:**

☑ Your medical condition does not meet the definition of a "serious health condition" as defined by the FMLA.

☑ Health Care Provider has not certified that you need FMLA Leave for incapacity and/or treatment resulting from and/or related to your "serious health condition."

☑ Medical facts provided do not support chronic condition and frequency/duration of intermittent absences.

☑ The certification is completed by a chiropractor that is limited by Department of Labor regulations to providing "treatment consisting of manual manipulation of the spine to correct a subluxation as demonstrated by x-ray to exist" (per DOL 825.118).

☑ The family member you are seeking leave to care for does not meet the definition of "spouse", "child", or "parent" as defined by the FMLA.



EXHIBIT
3 DeVera
5.17.13

☐  The completed certification form does not establish that you are "needed to care for" your family member as that phrase is defined by the FMLA

☐  Miscellaneous.

Comments:  [Comments]

Any absences you have taken for this medical condition will not be counted as FMLA Leave and will be counted against your dependability record. Accordingly, the following dates will count against your dependability record:

Please contact the Employee Service Center if you have any questions or to discuss possible alternatives to FMLA Leave.

Sincerely,

Sharon Inase
Temp FMLA Coordinator
SFOMB
650 634 4139

cc: Employee Medical File

FML – Denial ltr
WHQHR rev 10/22/07

# Exhibit F

# Mechanic and Related Employee (IBT Represented) Early Out Program

| Early Out Basic Qualification: Age 45 with 15 years of service with United | | |
|---|---|---|
| | **Retirement Eligible with Early Out** | **Early Out Only** |
| **Eligibility** (Service & Age as of awarded effective date) | Minimum 15 years of service with the company AND age 55 or greater | Minimum 15 years of service with the company AND Age 45 or greater |
| **Early Out Severance Pay** | $500 for each year of service up to 25 years ($12,500 cap). Total pay is distributed in 12 equal installments beginning January 2009 | *Example:* 18 years of service equals $9000. This would be paid out at $750 per month, before taxes for 12 months. |
| **Travel** | Retiree travel consistent with your retirement pkg | Travel Benefits equivalent to the retiree package |
| **Medical Insurance** | Retiree Medical as defined in your contract (Article XXIV, E) | No Insurance- Option to purchase COBRA for continued medical coverage for 18 months at the full cost of the plan |
| **Life Insurance** | $10,000 Retiree Life Insurance (Article XXIV, F) | No Life Insurance |
| **Pension** | Early Out does not change the pension plan. Pensions are administered by the PBGC. The employee will need to contact the Plan Administrator to determine payment options. | Early Out does not change the pension plan. Pensions are administered by the PBGC. The employee will need to contact each Plan Administrator to determine eligibility. |
| **Vacation** | All accrued and unused vacation will be paid in a lump sum | All accrued and unused vacation will be paid in a lump sum |

WHQLR Rev. 7/2008



EXHIBIT
4 DeVera
5.17.13
PENGAD 800-631-6989

United_DeVera000001

# Exhibit G

## Early Out Program for Mechanics and Related Employees

United Airlines has been in discussions with the Union concerning viable furlough mitigation programs. The Company is offering IBT-represented mechanics and related employees the Early Out Program described below.

### Eligibility

United will offer an Early Out program to approximately five hundred (500) employees, with the company maintaining the right to limit or increase the actual amount awarded. Mechanics and related employees, up to the actual identified surplus number, who satisfy the following conditions are eligible to participate in the Early Out program:

> **a)** Employees who are eligible to be furloughed, without regard to one's seniority and whether or not the individual actually will be subject to an imminent furlough, and
> **b)** Employees, who as of the employee's exit date, will be at least 45 years of age with at least 15 years of service to United.

If the number of eligible applicants exceeds the identified surplus number, Early Out opportunities will be awarded by classification seniority to the senior eligible applicants. Due to operational requirements, the company will maintain the ability to limit the number of Early Out offerings by specialty skill, location, work area and classification.

### Benefits of the Early Out Program

**Pass Travel Benefit**: Commencing with the exit date, participants in the Early Out Program are entitled to retiree pass travel benefits on the same terms and subject to the same conditions, present and future, as retirees.

**Severance Payment**: Participants in the Early Out Program will receive a severance payment of $500 per full year of service to the Company, up to a maximum of $12,500. Severance payments will be divided into 12 equal installments to be paid on or about the first business day of each calendar month of 2009. All payments will be subject to applicable taxation and withholding.

### Effective dates of the Early Out program

Termination effective dates for United Services employees will be either September 1 or October 1. Employees can note their preference on the application form. The termination effective date for employees who report into the Airport Operations division will be November 1, 2008.

The Company will attempt to accommodate the employee's preferred exit date but maintains the right to determine the employee's actual exit date.



EXHIBIT
PENGAD 800-631-6989
**5** DeVera
5.17.13

1

United_DeVera000002

**Application for the Early Out Program**

Participation in the Early Out program is voluntary. Applications for Early Out participation must be received on or before August 1, and applicants will be notified of their inclusion or exclusion on or before August 11. The application is posted on the United Services and Airport Operations Web sites.

**Forfeit for Conduct**

If an eligible IBT-represented mechanic or related employee is accepted in the Early Out program but is charged before their exit date with conduct that could lead to discharge, the employee's Early Out eligibility will be held in abeyance pending an investigative review hearing pursuant to the provisions of Article XVII of the Mechanic's Agreement. If the outcome of the investigative review hearing is anything other than termination of employment, the employee may participate. If hearing results in termination of employment, the employee forfeits the Early Out opportunity. In a case of termination, if the System Board of Adjustment orders reinstatement, the employee will have the option of receiving the Early Out Package in lieu of reinstatement

2

United_DeVera000003

# Exhibit H

# Mechanic and Related Employees
## Early Out Program
### *Frequently Asked Questions*

**Q. Who is eligible for the Early Out Program and how many will be awarded?**
In order to be eligible for the Early Out program, employees must:

- Be active full-time IBT-represented employees who are eligible to be furloughed and
- Be at least 45 years of age with a minimum of 15 years of service with United as of the awarded effective exit date (September 1 or October 1 for employees who report through the United Services division or November 1 for employees who report through Airport Operations).

United will offer the program to approximately five hundred (500) employees, with the company maintaining the right to limit or increase the actual amount awarded. If the number of eligible applicants exceeds the identified surplus number, the Early Out program will be awarded by classification seniority to the senior eligible applicants. Due to operational requirements, the Company will maintain the ability to limit the number of Early Out offerings by specialty skill, location, work area and classification.

**Q. If there are more applicants than the identified surplus mechanic and related employees, will the company award more Early Out programs?**
The Early Out program is available up to the number of identified surplus mechanic and related employees. If the number of eligible applicants exceeds the identified surplus number, Early Out opportunities will be awarded by classification seniority to the senior eligible applicants.

**Q. Is an employee currently on a level of discipline or pending discipline eligible for the Early Out program?**
Yes, however, if an employee has been issued a Letter of Charge that may result in termination, the Early Out Program award will be held in abeyance until the outcome of the hearing. If the hearing decision results in the employee's termination, the employee's Early Out Program award will be revoked.

**If the employee is eligible for retirement outside of the Early Out Program (i.e., 55 years old with minimum 10 years of service) may he/she elect the Early Out program?**
The employee may retire with passes and retiree medical, and be awarded the Early Out with pay provided under the terms of the Early Out Program only if he/she is 55 and has at least 15 years of service with United. Note: Normal retirement eligibility has not changed.

Rev 07/2008
WHQLR



EXHIBIT
6 DeVera
5.17.13
PENGAD 800-631-6989
United_DeVera000004

**Q. May an employee who has submitted retirement paperwork rescind his/her retirement and apply for the Early Out Program?**
Yes. The employee must contact his or her manager to rescind a current application for retirement before applying to the Early Out program.

**Q. Are the required years of service based on company or classification seniority?**
The required years of service is based on the employee's company seniority.

**Q. Why is the Early Out program limited to age 45 and older?**
The company designated the program to comply with IRS rules regarding tax-advantaged retirement benefits.

**Q. When will I be allowed to submit my election for the Early Out program?**
Submissions will be accepted beginning July 23, 2008 and will not be accepted after August 1, 2008 at 1700 CDT.

**Q. How do I submit my information for consideration?**
Employees can submit applications for the Early Out program by faxing the Early Out program form to 847-700-3690

**Q. How do I know if my submission form was received?**
Employees will receive a confirmation e-mail at the address provided on the faxed submission form.

**Q. When will I know if I am selected for the Early Out program?**
Employees will be notified of their acceptance on or before August 11, 2008. They will then be notified of their termination effective date.

**Q. May I rescind an Early Out program Submission?**
Yes, an employee may rescind the submission via fax by completing the submission form again, selecting the rescind option, and resubmitting.

**Q. Is the severance pay based on company or class seniority?**
The severance pay is based on an employee's company seniority date.

Rev 07/2008
WHQLR

United_DeVera000005

**Q. When will I receive my severance payment(s)?**
Severance payments will be divided equally and paid out once a month for 12 months. Each payment will be made on or about the first business day of the month. The first payment will be January 2, 2009. The payments will be mailed to your home. Note: Please ensure your mailing address in SkyNet is correct. Contact the Reduction in Force Helpline at 877-242-0075 or unitel 700-3172 for any questions on how to verify or change your mailing address.

**Q. Why is the severance made in payments rather than a lump sum?**
The decision to pay severance in payments is a key component to making the Early Out program a financially affordable option for us.

**Q. Will my severance be taxed?**
Yes, taxes and withholding will apply to the monthly severance payments.

**Q. Are there any IRS tax implications are for the travel benefits?**
The Early-Out program considered all avenues of impact, including tax, when the program was developed. The company designed the program to comply with IRS rules regarding tax-advantaged retirement benefits.

**Q. What happens if an employee dies before receiving all twelve severance payments?**
The remaining payments will be made to the IBT-represented employee's heir(s)/estate according to the same rules that United follows when paying out final pay for a deceased employee.

**Q. Was there any consideration of medical benefits for this program?**
An employee who retires with 55 years of age and at least 10 years of seniority receives medical benefits under our current retirement policy; however, those who elect the Early Out program and do not meet the minimum criteria for our current retirement policy will not receive continued medical benefits. The decision to not offer medical benefits is one reason United is able to offer an Early Out program. If an employee is not eligible for retirement medical he/she may chose to continue medical benefit coverage for 18 months under COBRA.

**Q. What is the current retiree pass policy?**
Passes are unlimited and include other travel programs such as United Express, retiree interline travel, companion travel, Discount 20 Positive Space travel, and emergency travel on United. Employees can find a complete listing of retiree pass benefits on SkyNet at TRAVEL > TRAVEL PROGRAMS > RETIREE

**Q. May I still use Performance Incentive passes if selected for the Early Out program?**
Employees who elect Early Out will be able to use the incentive passes until their expiration date.

Rev 07/2008
WHQLR

United_DeVera000006

**Q. Is the "survivor" privilege included in the Early Out program pass travel benefit?**

Yes, participants in the Early Out program are entitled to the same retiree pass travel benefits on the same terms and subject to the same conditions, present and future, as retirees.

**Q. If I accept the Early Out program offer, will I qualify for unemployment?**

United reserves the right to contest unemployment claims.

**Q. Can I apply to work for United after I accept the Early Out program?**

An employee who elects to participate in the Early Out program may re-apply for employment with United. If selected, he/she would be considered a new hire.

**Q. Where can I get additional information if I have questions about the Early Out program not answered here?**

Contact the Reduction in Force Helpline at 877-242-0075 or unitel 700-3172.

Rev 07/2008
WHQLR

United_DeVera000007

# Exhibit I

## PURPOSE OF SERIES 10

The purpose of Regulations Series 10 is to set forth the Company's policies and procedures with respect to pass and reduced fare travel by its employees, retirees, and their eligible family members. These Regulations also list other air carriers with whom United has reciprocal agreements and describe the off-line travel privileges which these agreements extend to the employees of each airline.

Regulations Series 10 combines the Business, Pleasure and Emergency travel chapters formerly contained in Series 5 and Series 15, respectively, and supersedes any and all information presented in these or any other publications issued prior to the publication of this manual. The material in this manual is intended exclusively for the employees of United Airlines.

The policies and procedures outlined in Series 10 do not, nor can they, anticipate every possible circumstance. In unusual situations interpretation may be necessary and/or exception may be warranted. Such requests should be directed by local management to the appropriate People Services office. Other questions, comments, or suggestions about the material in this manual should also be directed to People Services.

## SCOPE OF SERIES 10

These Regulations do not constitute a contract between United Air Lines, Inc. and its employees, either by themselves or in conjunction with any other material which may have been or which may be distributed to employees, and they are subject to unilateral change by the Company. Where union agreements differ from the policies and procedures in this manual, the former will take precedence.

## AMENDMENT OF SERIES 10

The Company reserves the right to amend, delete, or modify policies and provisions included in Series 10, with or without notice. For this reason the manual is in a loose-leaf format that facilitates updating as necessary by replacing old, superseded pages with new pages when a revision is received.



# ✈ UNITED AIRLINES

Series 10



PENGAD 800-631-6989

EXHIBIT
13 DeVera
5.17.13  gus

# Exhibit J



London! Paris! Singapore! Hawaii! These are just a few of the destinations available to you through United's pleasure travel program for employees. Your travel benefits allow you and your eligible family members to travel on any United (including Ted) or United Express[9] flight, as long as seats are available. We refer to this as SA or space-available travel because you may travel only if a seat is available or unoccupied. This handout summarizes some of the features of your pleasure travel benefits program.

## Eligibility

Regular full-time and regular part-time employees are eligible immediately* for unlimited space-available pleasure travel on United and United Express. Benefits are also extended to your following family members:

• Spouse
• Qualified domestic partner
• Dependent unmarried children/stepchildren under age 25
• Natural or adoptive parents
• Approved disabled children over age 25

*With an active Apollo *FNZ profile (see Travel Tips on page 4 for *FNZ information) and a valid authorization if you are a U.S. payroll employee (see below).

## Other Dependents

"Other dependents" who may be eligible for unlimited space-available pleasure travel benefits are defined as any unmarried child under age 25 who is:

• Related to you by blood or marriage or for whom you have legal guardianship (not natural or adopted);
• Living with you in a normal parent-child relationship;
• Primarily dependent upon you for support and care (over 50%); and
• Eligible to be reported as a dependent on your federal income tax.

## Authorization Process (U.S. Payroll Employees Only)

Employees must complete an authorization process either on-line via SkyNet or via telephone using the People Access Line (PAL) at 1-888-PAL-LINE (725-5463). During the process you will be asked to accept or decline: 1) payroll deduction of pleasure travel charges; and 2) United's travel policy. If you accept, you and any travel eligibles and/or companions you choose to designate will be able to use your space-available pleasure travel benefits. If you decline, you will forfeit pleasure travel benefits for yourself and all travel eligibles and companions until you change your election and your election is processed.

## Using Your Pleasure Travel Benefits

When you use your pleasure travel benefits, you fly space-available, which means you stand by for a seat on an aircraft that would otherwise be unoccupied. Keep in mind that flying SA does not guarantee you a seat, and that revenue-paying passengers are always given first priority for boarding purposes and seat assignments.

Before traveling, you must "list" yourself and your eligibles or companions as non-revenue, space-available (NRSA) travelers for any flight you wish to take. When you "list" for a flight, you add the travelers' names to a list to stand-by for an available seat. You should only "list" each passenger one time for each flight and each destination. To list, call 1-800-UAL-LIST (1-800-825-5478), or use WebList on SkyNet, United's Intranet. You must list at least four hours in advance of a flight within the United States and 12 hours before an international flight.


EXHIBIT
14 DeVega
5.17.13



Travel
Benefits

A personalized plastic travel card will be automatically sent to your department manager within two to three weeks of your hire date. Use this card to imprint business travel passes and carbon companion travel passes. Your Supervisor, Manager or Administrative Assistant will show you how to fill out the passes and clearly validate them with your travel card.

## Companion Pleasure Travel

Friends and extended family members of regular full-time and regular part-time employees can enjoy reduced-rate companion pleasure travel on United and United Express. Each employee receives 24 companion passes annually. Each pass is good for one point-to-point flight. For example, your companion would need one pass to fly from Chicago to Denver, another pass if they wish to travel on from Denver to San Francisco. Companions use a specific pass, filled out in advance and signed by the employee. You may give companion passes to anyone you know and select who is a friend or extended family member. The employee is not required to travel with the companion, but is responsible for communicating all companion travel policy information to individuals using their companion passes.

Companion travel charges are calculated by adding taxes and fees to 10 percent of the specified walk-up fare for each one-way flight segment. These charges, taxes and fees can be estimated by using the Service Charge Calculator, located in the Travel section of SkyNet, and are deducted from the employee's paycheck. The method of payment may be different for employees who work outside of the U.S. and are not paid on the U.S. payroll.

Companion passes must be pre-personalized with your employee data. Order your tickets by calling the People Access Line (PAL) at 1-888-PAL-LINE (1-888-725-5463). You will receive your allotment of 24 companion passes within 4-6 weeks at your home address. Employees who work outside of the U.S. should check with their supervisor since they may use a different process to receive their passes.

The employee must list the companion for travel. This is referred to as "building the original passenger name record (pnr)." The companion may change the listing by calling 1-800-UAL-LIST (1-800-825-5478) or a local reservations telephone number.

## Boarding Priority

Space-available travelers are boarded based on the employee's seniority date. The chart below lists some of the boarding priorities for these travelers.

The number and letter that follow the boarding priority (BP) indicate your level, or in what order you, your eligible dependents or your companions are eligible for a seat. The lower the BP number/letter, the higher the priority. Within each level, SA travelers are boarded based on the sponsoring employee's seniority. For more details, see Series 10 Travel Benefits Regulations on SkyNet (United's Intranet) or within your department.

| BP-8A . . . . . . . . .Employee and/or dependents |
| BP-8A . . . . . . . . .Employee and parents |
| BP-8A . . . . . . . . .Employee and one companion |
| BP-8B . . . . . . . . .Parents and dependent children aged 22-25 traveling without employee |
| BP-8B . . . . . . . . .Employee and two companions |
| BP-8B . . . . . . . . .Dependent and one or two companions |
| BP-8C . . . . . . . . .Employee or dependent and three or more companions |
| BP-8C . . . . . . . . .Companions traveling without the employee or dependent |

2



## Service Charges

Service charges are implemented to recover United's cost for pleasure pass travel benefits. You may also be charged taxes and airport, customs or other fees, depending on your departure or arrival location. To find out the service charges, taxes and fees for a specific route, use the Service Charge Calculator in the Travel section on SkyNet. Service charges do not apply to pleasure pass travel on United Express.

Travel charges are deducted from your paycheck after you return from your trip. A summary of travel charges, including the dates of travel, routing, relationship of traveler and the amount of the charges, taxes and fees will be listed on your paycheck stub and is also available on MyTravel in the PeopleNet section of SkyNet. If you are paid outside the United States, you will be invoiced for these charges.

The Internal Revenue Code does not recognize domestic partnerships in the same way it does a marriage for tax purposes. While your domestic partner is eligible to receive travel benefits, the fair market value of the benefit is reported as additional income to you and is reported accordingly. This is considered as non-cash, or imputed income, that is added to your income and taxed accordingly. For travel benefits, the difference between any service charge paid for travel and the companion fare will be added to your income.

## Dress Code

United has guidelines regarding appropriate attire for space-available travel which are described in Series 10 Travel Benefits Regulations.

- Unacceptable attire - any class of service: Worn or frayed clothing with patches or designer holes, sweat clothing or workout attire, T-shirts, bare feet, bathing suits, beach sandals, bare midriffs, mini skirts, halter or bra tops, sheer or see-through clothing, tank tops, sleeveless muscle shirts and undergarments worn as outer garments.
- Unacceptable attire - First class or business class: All of the above as well as any type of jean, denim or denim-looking clothing (any color), athletic shoes, hiking or military-style boots, skin tight or form-fitting pants (except when worn with a mid-thigh length top), shorts and baseball caps.

Additional details about United's travel benefits dress code can be found in Series 10 Travel Benefits Regulations.

## International Travel

On international flights, employees may stand by for any class of service. Travel eligibles must be at least age 18 and must be accompanied in the same cabin as the employee to travel in first class on an international 3-cabin flight. Parents and companions at least 18 years of age must also be accompanied by the employee to travel in first class on an international 3-cabin flight. Spouses/domestic partners may travel unaccompanied in any class of service. Children ages 12 and older may be boarded unaccompanied in business class on international flights. Children ages 8 through 11 may also board business class on international flights, but must be accompanied in the same cabin by an adult.

3



Travel
Benefits

## Interline Travel

United has reciprocal agreements with other carriers that allow you to purchase reduced fare, stand-by tickets for space available travel on those airlines. Many agreements provide unlimited tickets at Industry Discount 75% - 90% off a specified economy class fare. Most carriers require a minimum of three months seniority to qualify for reduced fare tickets. Some dependents may also be eligible to participate in this program. Full details on available plans can be found in Apollo under S*UPE/Interline-XXXX (airline code twice) or in the Travel section of SkyNet. Employees can purchase these tickets by calling the Interline Pleasure Travel Desk in Reservations at 1-888-874-1581 or you can e-mail requests to interlinepleasuretvl@united.com.

## Pleasure Travel Tips

- Before you can use your unlimited write-your-own pleasure travel benefits or request companion tickets through the PAL, your personal data must be accessible in the *FNZ database in Apollo. You or your supervisor may verify this by signing onto Apollo and typing *FNZ/file number (Enter).

- You must list yourself, your eligibles or your companions for flights. List by calling 1-800-UAL-LIST (1-800-825-5478), or on SkyNet's WebList site.

- List for your flights at least four hours in advance for domestic flights and 12 hours in advance of international flights.

- Plan to arrive at the airport 90 minutes before a scheduled departure time for domestic flights and two hours for international flights.

- Bring a valid, government-issued picture ID to present at check-in.

- Bring a valid passport or any required visas for international travel.

- Once you have checked in for your flight, take a seat away from the ticket counter. If available, you will receive a seat assignment based on your seniority date and the flight load. Promptly approach the counter when the Customer Service Representative calls your name. Comply with requests or instructions to change seats or de-plane if necessary.

- Revenue customers are a priority, so give them every opportunity to be served first.

- Occasionally, you may not receive a meal, so be prepared to provide your own food.

- If flights look full, make alternate plans.

- Be sure to review all travel benefits guidelines with your eligibles and companion travelers.

- If you have questions, ask your supervisor for help or call the United Benefits Service Center at 1-888-825-0188.

Details about travel benefits can be found in Series 10 Travel Benefits Regulations, available on SkyNet under the Travel heading on the home page. The company reserves the right to amend, delete or modify policies and provisions included in Series 10, with or without notice.

4

# Exhibit K

# Travel Benefits Summary

### Retirees

### Surviving Spouses/Domestic Partners of Retired Employees

### Surviving Spouses/Domestic Partners of Active Employees





Inside this brochure you will find guidelines that are designed to make your stand-by travel experience on United,® Ted® and United Express® a pleasant one.

**◢UNITED**

## Retiree Travel Card

If you do not receive your retiree travel card, please call the United Benefits Service Center at 1-888-825-0188. Should your card be lost or stolen, please write to United Airlines, WHQHR-Travel Benefits, P.O. Box 66100, Chicago, Illinois 60666 and include a check or money order (cash will not be accepted) for $15 to replace your card. Your travel card cannot be replaced prior to receipt of the replacement fee.

   **Note:** Not all travel cards are magnetically encoded. If the EasyCheck-in kiosk cannot identify you when you swipe your travel card, you will need to use a credit/debit card to identify yourself.

## Eligible Travel Dependents

The following individuals are eligible for retiree travel benefits: you; your spouse or qualified domestic partner; your financially dependent unmarried children, stepchildren and approved "other" dependents under the age of 25; your approved disabled children regardless of age; and your parents.

The following individuals are eligible for surviving spouse/surviving domestic partner travel benefits: you; your eligible financially dependent unmarried children, stepchildren and approved "other" dependents under the age of 25; and your approved disabled children regardless of age. Children must be listed as an eligible dependent on the employee's/retiree's travel benefits prior to the death of the employee/retiree. These benefits continue indefinitely unless you remarry/re-register at which time travel benefits for you and any dependent children will end.

There are special eligibility rules for domestic partners, disabled children and "other" dependents. For details about dependent eligibility, please call the United Benefits Service Center at 1-888-825-0188.

## Flight Listing

If you have Internet access, you can list via WebList on SkyNet. Log onto SkyNet at http://united.intranet.ual.com. You can also call 1-800-UAL-LIST (1-800-825-5478). You must list at least four hours before your flight for domestic travel and 12 hours prior to your international flight. Failure to list can result in meal shortages, but remember that a meal ordered for a non-revenue passenger may be needed for a revenue passenger. Multiple listings for the same flight segment or the same destination are not required and not permitted. If your plans change, it is your responsibility to cancel your flight listing.



EXHIBIT
15
5/17/13
PENGAD 800-631-6989

**Discount 20 Positive Space Travel Program**

Retirees, surviving spouses/surviving domestic partners and their travel eligibles can purchase and travel on revenue confirmed tickets on United at 20% off most published fares. Reservations may be made and tickets may be purchased through United Reservations. Full payment is required at the time of purchase. All fare rules apply.

**Emergency Travel on United**

You and your spouse or qualified domestic partner are eligible for free emergency round-trip transportation (BP-3 positive space) when either of you becomes ill while traveling. Contact Aero Medical at 1-800-825-6331 to request emergency travel. Other dependents are not eligible for emergency transportation.

Your spouse or qualified domestic partner will also be provided with round-trip emergency transportation (BP-3 positive space) to accompany your remains to where you wish to rest after your death. He or she should contact Aero Medical at 1-800-825-6331 for a shipment of human remains and emergency travel request. After your death, your surviving spouse or qualified domestic partner is no longer eligible for emergency transportation.

**United Express**

When flying on a United Express (UAX) carrier, use the same listing and ticketing process as you do for a mainline United flight. List by calling 1-800-UAL-LIST (1-800-825-5478) or via WebNet on SkyNet. The boarding priority for retirees, surviving spouses/surviving domestic partners and their eligibles on UAX flights is BP-9C using date and time of check-in. The dress code for United Express flights is the same as the dress code for mainline United Economy* travel.

**Retiree Interline Travel**

U.S.-based retirees and their eligible dependents (who appear in their Apollo profile) may purchase interline tickets by calling the Interline Pleasure Travel Desk in Reservations at 1-888-874-1581. The line will be open seven days a week, from 7:00 a.m. to 9:00 p.m. Central time. When calling the Interline Pleasure Travel Desk, be ready with your itinerary, the names of the people traveling, approximate dates of travel, your United employee ID (file number), the mailing address for tickets, the preferred method of delivery and credit card number (if paying by credit card). Allow five to seven business days for tickets to arrive by mail if paying by credit card and 10 business days if paying by check. Both U.S. and international retirees can still be ticketed for interline travel at airport lobby positions too.

Most of our Star Alliance* partners offer United retirees and their eligibles expanded benefits not usually offered by other carriers. Some of these partners also offer companion travel. Carrier agreements may be found on SkyNet > Travel > Interline Travel Benefits > Individual Carrier Agreements. Please note that some airlines may not provide travel benefits to domestic partners. The surviving spouse/surviving domestic partner of an active employee or retiree is not eligible for interline travel benefits.

**Companion Travel**

Retirees are eligible to continue using their companion travel benefits. Retirees are allocated 24 companion flight segments a year. All policies and procedures are the same as for employee companion travel. If more than 24 companion flight segments are flown you will be subject to full fare reimbursement and disciplinary action up to and including loss of travel privileges. Surviving spouses/ surviving domestic partners are not eligible for companion travel benefits.

Companion travel is now electronic-based. Beginning with the 2005 companion flight segment allotment, paper companion travel passes are no longer issued. Please refer to the Companion Travel Guide and Brochure on SkyNet > Travel > Companion Travel Information for more companion travel information.

**Space-Available Travel Checklist**

- All space-available travelers should arrive least one hour prior to domestic flight departures and two hours prior to international flight departures.
- Be sure you have a current flight listing prior to arriving at the airport.
- Check-in for flights on-line at united.com/employeetravel or at an EasyCheck-in unit, if it is available at the airport.
- At the EasyCheck-in unit, touch the screen to begin. Start EasyCheck-in by touching the "Employee Pass Travel" button. Then, enter the employee ID/file number of the sponsoring employee/retiree. A credit/debit card issued in the name of the traveler will be required to identify and authenticate the traveler—no charges will be incurred.
- Follow the screen prompts to complete check-in. Take the departure management card issued for travel and proceed through security. When and if your name is called, the gate CSR will provide you with a boarding pass.

- Please do not impede the check-in of revenue customers and stay clear of the check-in podium. Seats are assigned by the Customer Service Representative approximately 20 minutes prior to departure.

- A maximum of one carry-on bag and one personal item, such as a purse, briefcase, or laptop computer is allowed per traveler within the United States and internationally. Items must fit under the seat or in the overhead bin.

- Dress appropriately for the class of service desired.

- Have passport and/or visa ready when traveling internationally.

## Service Charges

Service charges recover United's cost for providing pleasure travel benefits. In addition to the service charges, the U.S. Percentage Transportation Tax (7.5%), the U.S. Domestic Segment Tax ($3.20 USD) and the U.S. Security Services Fee ($2.50 USD), if applicable, are collected for pleasure travel on United. Other taxes and fees may apply for international travel on United. Service charges are not applicable to pleasure travel on United Express. For more information and to access the Service Charge Calculator, see the Travel section on SkyNet. You can log on to SkyNet at http://united.intranet.ual.com. All billing inquiries should be directed to Revenue Accounting:

- by telephone
  847-700-1598 Monday-Friday 9 a.m.-noon Central time
- by e-mail
  employee-pass@united.com
- by fax
  847-700-1452
- by mail
  United
  Attn: WHQAK—Revenue Accounting Pass Bureau
  P.O. Box 66282
  Chicago, Illinois 60666

You will be invoiced at your home address for travel service charges and applicable taxes and fees. Please keep in mind that you are responsible for payment of flight charges, for following travel policies and for keeping your mailing address current in company records.

Failure to pay service charges, taxes and fees within 90 days of the invoice date will result in suspension of your travel privileges. The suspension continues until full payment is received. The second occurrence of non-payment will result in the suspension of your travel privileges for 12 months after full payment is received. The third occurrence of non-payment will result in the permanent loss of all travel privileges. The company reserves the right to amend, delete or modify these travel benefit policies and provisions with or without prior notice.

## Responsibility and Accountability

- It is your responsibility to know all of the travel restrictions and to possess the documentation needed for your destination.

- You are responsible for the payment of all travel service charges and any applicable taxes and fees. Non-payment of travel charges will result in suspension or permanent revocation of your travel privileges.

- You are held personally responsible for your conduct and the conduct of all space-available travelers that you sponsor. It is also your responsibility to inform those using your travel benefits about the travel rules and the dress code. Misuse of travel benefits may result in suspension or permanent revocation of your travel privileges.

- Travel for you and your sponsored space-available travelers is restricted to pleasure travel only. This benefit can not be used for personal financial gain or in the interest or furtherance of any other businesses, including self-employment or consulting.

- It is your responsibility to contact the United Benefits Service Center at 1-888-825-0188 when you have a change in address or to the status of any of your eligibles.

- The company reserves the right to amend, delete or modify these travel benefits policies and provisions with or without prior notice.

## Boarding Priorities

### Retirees With 25 or more Years of Service (Travel Plan A)

| Eligible | Travel With Retiree | Travel Without Retiree |
|---|---|---|
| Retiree | BP-6B | - - - - - |
| Spouse/ Domestic Partner | BP-6B | BP-6B |
| Children (under 22) | BP-6B | BP-6B |
| Children (22 but not yet 25) | BP-6B | BP-6B |
| Disabled children (any age) | BP-6B | BP-6B |
| Other Dependents (under 22) | BP-6B | BP-6B |
| Other Dependents (22 but not yet 25) | BP-8B | BP-6B |
| Parents | BP-6B* | BP-8B |
| Spouse/Dependent/ Parent traveling with 1 or 2 companions | - - - - | BP-8B |
| Spouse/Dependent/ Parent traveling with 3 or more companions | - - - - | BP-9C |
| 1 Companion | BP-8A | BP-9C |
| 2 Companions | BP-8B | BP-9C |
| 3 or more Companions | BP-9C | BP-9C |

Please note that all international travel is at BP-8A.

### Retirees With Less Than 25 Years of Service (Travel Plan B)

| Eligible | Travel With Retiree | Travel Without Retiree |
|---|---|---|
| Retiree | BP-8A | - - - - - |
| Spouse/ Domestic Partner | BP-8A | BP-8A |
| Children (under 22) | BP-8A | BP-8A |
| Children (22 but not yet 25) | BP-8A** | BP-8B |
| Disabled children (any age) | BP-8A | BP-8A |
| Other Dependents (under 22) | BP-8A | BP-8A |
| Other Dependents (22 but not yet 25) | BP-8A** | BP-8B |
| Parents | BP-8A** | BP-8B |
| Spouse/Dependent/ Parent traveling with 1 or 2 companions | - - - - | BP-8B |
| Spouse/Dependent/ Parent traveling with 3 or more companions | - - - - | BP-9C |
| 1 Companion | BP-8A | BP-9C |
| 2 Companions | BP-8B | BP-9C |
| 3 or more Companions | BP-9C | BP-9C |

### Surviving Spouse/Domestic Partner of Retiree With 25 or More Years of Service (Travel Plan A)

| Eligible | Travel With Surviving Spouse/ Domestic Partner | Travel Without Surviving Spouse/ Domestic Partner |
|---|---|---|
| Surviving Spouse/ Domestic Partner | BP-6B | - - - - - |
| Children (under 22) | BP-6B | BP-6B |
| Children (22 but not yet 25) | BP-6B | BP-6B |
| Disabled children (any age) | BP-6B | BP-6B |
| Other Dependents (under 22) | BP-8B | BP-6B |
| Other Dependents (22 but not yet 25) | BP-8B | BP-8B |
| All the Above International | BP-8A | BP-8A |

### Surviving Spouse/Domestic Partner of Retiree With Less than 25 Years of Service (Travel Plan B)

| Eligible | Travel With Surviving Spouse/ Domestic Partner | Travel Without Surviving Spouse/ Domestic Partner |
|---|---|---|
| Surviving Spouse/ Domestic Partner | BP-8A | - - - - - |
| Children (under 22) | BP-8A | BP-8A |
| Children (22 but not yet 25) | BP-8A** | BP-8B |
| Disabled children (any age) | BP-8A | BP-8A |
| Other Dependents (under 22) | BP-8A | BP-8A |
| Other Dependents (22 but not yet 25) | BP-8A** | BP-8B |

### Surviving Spouse/Domestic Partner (Travel Plan W)

| Eligible | Travel With Surviving Spouse/DP | Travel Without Surviving Spouse/DP |
|---|---|---|
| Surviving Spouse/ Domestic Partner | BP-8A | - - - - - |
| Children (under 22) | BP-8A | BP-8A |
| Children (22 but not yet 25) | BP-8A | BP-8B |
| Disabled children (any age) | BP-8A | BP-8A |
| Other Dependents (under 22) | BP-8A | BP-8A |
| Other Dependents (22 but not yet 25) | BP-8A | BP-8B |

* In order to travel at BP-6B (North America) or BP-8A (International), parents must be accompanied by either the retiree or the retiree's spouse/domestic partner. North America includes Alaska, Hawaii, Canada, Mexico, U.S. Virgin Islands and Puerto Rico.
** In order to travel at BP-8A, children and other dependents age 22 but not yet 25, and parents must be accompanied by either the retiree/surviving spouse or the retiree's spouse/domestic partner.

# Exhibit L

# Travel Benefits Summary

**Retirees**

Surviving Spouses/Domestic Partners of Retired Employees

Surviving Spouses/Domestic Partners of Active Employees



Inside this brochure you will find guidelines that are designed to make your stand-by travel experience on United, Ted and United Express a pleasant one.


**UNITED**

## Retiree Travel Card

If you do not receive your retiree travel card, please call the United Benefits Service Center at 1-888-825-0188. Should your card be lost or stolen, please write to United, WHQHR-Travel Benefits, P.O. Box 66100, Chicago, Illinois 60666 and include a check or money order (cash will not be accepted) for $15 to replace your card. Your travel card cannot be replaced prior to receipt of the replacement fee.

**Note:** Not all travel cards are magnetically encoded. If the EasyCheck-In kiosk cannot identify you when you swipe your travel card, you may use a credit/debit card or you may enter your employee ID/file number to identify yourself.

## Eligible Travel Dependents

If you are a retired employee with retiree travel benefits, the following individuals are also eligible:

- Your spouse or qualified domestic partner;
- Your financially dependent unmarried children, stepchildren and approved "other" dependents under the age of 25;
- Your approved disabled children regardless of age; and
- Your parents

If you are the surviving spouse/surviving domestic partner with travel benefits, the following individuals are also eligible:

- Your eligible financially dependent unmarried children, stepchildren and approved "other" dependents under the age of 25; and
- Your approved disabled children regardless of age.

In order for your dependents to be eligible for travel benefits, they must have been listed and showing as an eligible dependant on the employee's/retiree's travel benefits prior to the death of the employee/retiree. These benefits continue indefinitely unless you remarry/re-register at which time travel benefits for you and any dependent children will end.

There are special eligibility rules for domestic partners, disabled children and "other" dependents. For details about dependent eligibility, please call the United Benefits Service Center at 1-888-825-0188.

## Flight Listing

If you have internet access, you can list via WebList on SkyNet. Log onto SkyNet at http://united.intranet.ual.com. You can also call 1-800-UAL-LIST (1-800-825-5478). You must list at least four hours before your flight for domestic travel and 12 hours prior to your international flight. Failure to list can result in meal shortages, but remember that a meal ordered for a non-revenue passenger may be needed for a revenue passenger. Multiple listings for the same flight segment or the same destination are not required and not permitted. If your plans change, it is your responsibility to cancel your flight listing.


EXHIBIT
16 DeVera
5/17/13

PENGAD 800-631-6989

UA004205

## Discount 20 Positive Space Travel Program

Retirees, surviving spouses/surviving domestic partners and their travel eligibles can purchase and travel on revenue confirmed tickets on United and Ted® at 20% of most published fares. Reservations may be made and tickets may be purchased through United Reservations. Full payment is required at the time of purchase. All fare rules apply.

## Emergency Travel on United

You and your spouse or qualified domestic partner are eligible for free emergency roundtrip transportation (BP-3 positive space) when either of you becomes ill while traveling. Contact Aero Medical at 1-800-825-6331 to request emergency travel. Other dependents are not eligible for emergency transportation.

Your spouse or qualified domestic partner will also be provided with roundtrip emergency transportation (BP-3 positive space) to accompany your remains to where you wish to rest after your death. He or she should contact Aero Medical at 1-800-825-6331 for a shipment of human remains and emergency travel request. After your death, your surviving spouse or qualified domestic partner is no longer eligible for emergency transportation.

## United Express®

When flying on a United Express (UAX) carrier, use the same listing process as you do for a mainline United flight. List by calling 1-800-UAL-LIST (1-800-825-5478) or via Weblist on SkyNet. The boarding priority for retirees, surviving spouses/surviving domestic partners and their eligibles on UAX flights is BP-8Q using date and time of check-in. The dress code for United Express flights is the same as the dress code for mainline United Economy® travel.

## Retiree Interline Travel

U.S.-based retirees and their eligible dependents (who appear in their Apollo profile) may purchase interline tickets by calling the Interline Pleasure Travel Desk in Reservations at 1-888-574-1581. The line will be open Monday through Friday from 7:00 a.m. to 6:00 p.m. Central time and on Saturday and Sunday from 7:00 a.m. to 7:00 p.m. Central time. When calling the Interline Pleasure Travel Desk, be ready with your itinerary, the names of the people traveling, approximate dates of travel, your United employee ID (file number), the mailing address for tickets, the preferred method of delivery and credit card number (if paying by credit card). Allow five to seven business days for tickets to arrive by mail if paying by credit card and 10 business days if paying by check. Both U.S. and International retirees can still be ticketed for interline travel at airport lobby positions too.

Please review Interline Carrier Agreement page on SkyNet prior to calling the Interline Pleasure Travel Desk. U.S. employees can also e-mail their request to: interlinepleasuretvl@united.com.

Most of our Star Alliance® partners offer United retirees and their eligible expanded benefits not usually offered by other carriers. Some of these partners also offer companion travel. Carrier agreements may be found on SkyNet > Travel > Interline Travel Benefits > Individual Carrier Agreements. Please note that some airlines may not provide travel benefits to domestic partners. The surviving spouse/surviving domestic partner of an active employee or retiree is not eligible for interline travel benefits.

## Companion Travel

Retirees are eligible to continue using their companion travel benefits. Retirees are allocated 24 companion flight segments a year. All policies and procedures are the same as for employee companion travel. If more than 24 companion flight segments are flown you will be subject to full fare reimbursement and disciplinary action up to and including loss of travel privileges. Surviving spouses/surviving domestic partners are not eligible for companion travel benefits.

Please refer to the Companion Travel Guide and Brochure on SkyNet > Travel > Companion Travel Information for more companion travel information.

## Space-Available Travel Checklist

- All space-available travelers should arrive least one hour prior to domestic flight departures and two hours prior to international flight departures.
- Be sure you have a current flight listing prior to arriving at the airport.
- Check-in for flights on-line at united.com/employeetravel or at an EasyCheck-in unit, if it is available at the airport.
- At the EasyCheck-in unit, touch the screen to begin. Start EasyCheck-in by touching the "Employee Pass Travel" button. Then, enter the employee ID/file number of the sponsoring employee/retiree. A credit/debit card issued in the name of the traveler may be used to identify and authenticate the traveler—no charges will be incurred. You may also enter your PNR or your employee ID/file number if a credit card is not available.
- Follow the screen prompts to complete check-in. Take the departure management card issued for travel and proceed through security. When and if your name is called, the gate CSR will provide you with a boarding pass.
- Please do not impede the check-in of revenue customers and stay clear of the check-in podium. Seats are assigned by the Customer Service Representative approximately 20 minutes prior to departure.

UA004206

- A maximum of one carry-on bag and one personal item, such as a purse, briefcase, or laptop computer is allowed per traveler within the United States and internationally. Items must fit under the seat or in the overhead bin.
- Dress appropriately for the class of service desired.
- Have passport and/or visa ready when traveling internationally.

## Service Charges

Service charges recover United's cost for providing pleasure travel benefits. In addition to the service charges, the U.S. Percentage Transportation Tax (7.5%), the U.S. Domestic Segment Tax ($3.30 USD) and the U.S. Security Services Fee ($2.50 USD), if applicable, are collected for pleasure travel on United and Ted. Other taxes and fees may apply for international travel on United and Ted. Service charges are currently waived for travel on United Express. For more information and to access the Service Charge Calculator, see the Travel section on SkyNet. You can log on to SkyNet at http://united.intranet.ual.com. All billing inquiries should be directed to Revenue Accounting:

- by telephone
  847-700-1598 Monday-Friday 9 a.m.-noon Central time
- by e-mail
  employee-pass@united.com
- by fax
  847-700-1452
- by mail
  United
  Attn: WHQAK—Revenue Accounting Pass Bureau
  P.O. Box 66282
  Chicago, Illinois 60666

You will be invoiced at your home address for travel service charges and applicable taxes and fees. Please keep in mind that you are responsible for payment of flight charges, for following travel policies and for keeping your mailing address current in company records.

Failure to pay service charges, taxes and fees within 90 days of the invoice date will result in suspension of your travel privileges. The suspension continues until full payment is received. The second occurrence of non-payment will result in the suspension of your travel privileges for 12 months after full payment is received. The third occurrence of non-payment will result in the permanent loss of all travel privileges. The company reserves the right to amend, delete or modify these travel benefit policies and provisions with or without prior notice.

## Responsibility and Accountability

- It is your responsibility to know all of the travel restrictions and to possess the documentation needed for your destination.
- You are responsible for the payment of all travel service charges and any applicable taxes and fees. Non-payment of travel charges will result in suspension or permanent revocation of your travel privileges.
- You are held personally responsible for your conduct and the conduct of all space-available travelers that you sponsor. It is also your responsibility to inform those using your travel benefits about the travel rules and the dress code. Misuse of travel benefits may result in suspension or permanent revocation of your travel privileges.
- Travel for you and your sponsored space-available travelers is restricted to pleasure travel only. This benefit can not be used for personal financial gain or in the interest or furtherance of any other businesses, including self-employment or consulting.
- It is your responsibility to contact the United Benefits Service Center at 1-888-825-0188 when you have a change in address or to the status of any of your eligibles.
- The company reserves the right to amend, delete or modify these travel benefit policies and provisions with or without prior notice.

## Dress Code

United has guidelines regarding appropriate attire for space-available travel and must insist upon the following standards of dress and appearance:

- **Unacceptable attire** – any class of service: Worn or frayed clothing with patches or designer holes, sweat clothing or workout attire, T-shirts, bare feet, bathing suits, beach sandals, bare midriffs, mini skirts, halter or bra tops, sheer or see-through clothing, tank tops, sleeveless muscle shirts and undergarments worn as outer garments.
- **Unacceptable attire** – First class or business class: All of the above as well as any type of jean, denim or denim-looking clothing (any color), athletic shoes,* hiking or military style boots, skin tight or form-fitting pants (except when worn with a mid-thigh length top), shorts and baseball caps.

  *Acceptable if accompanied by physician's note stating medical necessity.

Ties or jackets are not required in any class of service.

Please note that Customer Service makes the final determination whether an employee or eligible is dressed appropriately.

## Boarding Priorities

### Retirees With 25 or more Years of Service (Travel Plan A)

| Eligible | Travel With Retiree | Travel Without Retiree |
|---|---|---|
| Retiree | BP-6B | ----- |
| Spouse/ Domestic Partner | BP-6B | BP-6B |
| Children (under 22) | BP-6B | BP-6B |
| Children (22 but not yet 25) | BP-6B | BP-6B |
| Disabled children (any age) | BP-6B | BP-6B |
| Other Dependents (under 22) | BP-6B | BP-6B |
| Other Dependents (22 but not yet 25) | BP-6B | BP-6B |
| Parents | BP-6B* | BP-8B |
| Spouse/Dependent/ Parent traveling with 1 or 2 companions | ----- | BP-8B |
| Spouse/Dependent/ Parent traveling with 3 or more companions | ----- | BP-8C |
| 1 Companion | BP-8B | BP-8C |
| 2 Companions | BP-8B | BP-8C |
| 3 or more Companions | BP-8C | BP-8C |

Please note that all international travel is at BP-8A.

### Retirees With Less Than 25 Years of Service (Travel Plan B)

| Eligible | Travel With Retiree | Travel Without Retiree |
|---|---|---|
| Retiree | BP-8A | ----- |
| Spouse/ Domestic Partner | BP-8A | BP-8A |
| Children (under 22) | BP-8A | BP-8A |
| Children (22 but not yet 25) | BP-8A** | BP-8B |
| Disabled children (any age) | BP-8A | BP-8A |
| Other Dependents (under 22) | BP-8A | BP-8A |
| Other Dependents (22 but not yet 25) | BP-8A** | BP-8B |
| Parents | BP-8A** | BP-8B |
| Spouse/Dependent/ Parent traveling with 1 or 2 companions | ----- | BP-8B |
| Spouse/Dependent/ Parent traveling with 3 or more companions | ----- | BP-8C |
| 1 Companion | BP-8A | BP-8C |
| 2 Companions | BP-8B | BP-8C |
| 3 or more Companions | BP-8C | BP-8C |

### Surviving Spouse/Domestic Partner of Retiree With 25 or More Years of Service (Travel Plan A)

| Eligible | Travel With Surviving Spouse/ Domestic Partner | Travel Without Surviving Spouse/ Domestic Partner |
|---|---|---|
| Surviving Spouse/ Domestic Partner | BP-6B | ----- |
| Children (under 22) | BP-6B | BP-6B |
| Children (22 but not yet 25) | BP-6B | BP-6B |
| Disabled children (any age) | BP-6B | BP-6B |
| Other Dependents (under 22) | BP-6B | BP-6B |
| Other Dependents (22 but not yet 25) | BP-6B | BP-6B |
| All the Above: International | BP-8A | BP-8A |

### Surviving Spouse/Domestic Partner of Retiree With Less than 25 Years of Service (Travel Plan B)

| Eligible | Travel With Surviving Spouse/ Domestic Partner | Travel Without Surviving Spouse/ Domestic Partner |
|---|---|---|
| Surviving Spouse/ Domestic Partner | BP-8A | ----- |
| Children (under 22) | BP-8A | BP-8A |
| Children (22 but not yet 25) | BP-8A** | BP-8B |
| Disabled children (any age) | BP-8A | BP-8A |
| Other Dependents (under 22) | BP-8A | BP-8A |
| Other Dependents (22 but not yet 25) | BP-8A** | BP-8B |

### Surviving Spouse/Domestic Partner (Travel Plan W)

| Eligible | Travel With Surviving Spouse/DP | Travel Without Surviving Spouse/DP |
|---|---|---|
| Surviving Spouse/ Domestic Partner | BP-8A | ----- |
| Children (under 22) | BP-8A | BP-8A |
| Children (22 but not yet 25) | BP-8A | BP-8B |
| Disabled children (any age) | BP-8A | BP-8A |
| Other Dependents (under 22) | BP-8A | BP-8A |
| Other Dependents (22 but not yet 25) | BP-8A | BP-8B |

* In order to travel at BP-6B (North America) or BP-8A (international), parents must be accompanied by either the retiree or the retiree's spouse/domestic partner. North America includes Alaska, Hawaii, Canada, Mexico, U.S. Virgin Islands and Puerto Rico.

** In order to travel at BP-8A, children and other dependents age 22 but not yet 25, and parents must be accompanied by either the retiree/surviving spouse or the retiree's spouse/domestic partner.

UA004208

# Exhibit M



March 21, 2012

Mario De Vera
117 Felicia Ave.
Mountain House, CA 95391

Dear Mr. De Vera:

This letter is in response to your e-mail message in which you seek to rescind your retirement and request reinstatement to your prior position with United Airlines. We understand the basis for your request to be the changes to United's pass travel program.

As you are aware, the changes to United's pass travel program were required in order to create a uniform pass travel policy for employees and retirees of both United and Continental as a result of the merger between the two airlines in 2010. While you may view some of the changes as having a negative effect on your travel privileges as a retiree, we believe that, on balance, the combined program is fair and appropriate for all participants. Some of the improvements for United retirees include the ability to travel to 140 more domestic and international destinations on 2,220 more daily flights than exist under the current United-only policy, the receipt of vacation passes that will provide retirees (as well as designated family members or friends traveling with them) the highest boarding priority based on years of service for eight flights each year, and no fees or reduced fees for most travel.

With regard to your request to rescind your retirement and for reinstatement based on changes to pass travel privileges, United's pass travel program expressly provided that pass travel is a privilege, and not a right, of employment and the Company further reserved the right to change the pass travel program. **Additionally, the "early out" retirement program to which you refer in your e-mail message provided participants with benefits, including a severance payment that participants would not have otherwise been entitled to, and made clear that retiree travel privileges following early retirement would be on the same terms and conditions, present and future, as other retirees.** As a result, you were, or should have been, aware that retiree travel privileges could be changed in the future, and that in the event of such changes, you would be entitled only to the privileges provided to United retirees generally.

Accordingly, the Company denies your request as there is no basis for you to rescind your retirement.

Sincerely,

Vania Montero Wit
Assistant General Counsel - Employment



United_DeVera000051