UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARIO DE VERA, | No. C 12-05644 LB |
| Plaintiff, | **ORDER REGARDING EMAILS** |
| v. | |
| UNITED AIRLINES INC., | |
| Defendant. | |

Mr. De Vera sent emails to the court on March 12, 2014 and March 20, 2014. If Mr. Vera wants to communicate with the court about his case, he must do so by filing his documents and argument, and he must serve them on opposing counsel. For example, a motion to alter or amend a judgment under Federal Rule of Civil Procedure 59(e) must be filed no later than 28 days after judgment. A court may also grant relief from a final judgment under Federal Rule of Civil Procedure 60(b).

Mr. De Vera should refer to the rules themselves (available on the court's website) and to the court's handbook for litigants without a lawyer that was provided to him previously. *See* ECF No. 59. The court will efile this, mail it to Mr. De Vera's address of record, and provide a courtesy copy to his email address.

**IT IS SO ORDERED.**

Dated: March 24, 2014                             _____
                                                                    LAUREL BEELER
                                                                    United States Magistrate Judge

C 12-05644 LB
ORDER